Tracy H. Fowler (1106)
Kristen J. Overton (16537)
SNELL & WILMER L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, Utah 84101
Telephone:  (801) 257-1900
Fax:  (801) 257-1800
Email: tfowler@swlaw.com
Email:  koverton@swlaw.com

Thomas P. Branigan *(Pro Hac Vice Pending)*
Matthew G. Berard *(Pro Hac Vice Pending)*
BOWMAN AND BROOKE LLP
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
Telephone:  (248) 205-3300
Fax:  (248) 205-3399
Email:  Tom.branigan@bowmanandbrooke.com
Email:  Matthew.berard@bowmanandbrooke.com
*Attorneys for Tesla, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HEATHER P. LOMMATZSCH, an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>TESLA, INC., a California Corporation, TESLA MOTORS UT, INC., a Utah Corporation, and SERVICE KING PAINT & BODY, LLC, a Texas Limited Liability Company DBA SERVICE KING COLLISION REPAIR,<br><br>                    Defendants. | **STIPULATED ORDER TO DISMISS DEFENDANT TESLA MOTORS UT, INC. WITH PREJUDICE**<br><br><br>Case No.:  2:18-CV-00775-PMW<br><br>Magistrate Judge Paul M. Warner |

Pursuant to the agreement between Plaintiff and Defendant Tesla, Inc., Defendant Tesla, Inc. will assume the defense and, only in the event of a judgment, indemnity of Tesla Motors UT, Inc. with respect to Plaintiff's claims against Tesla Motors UT, Inc. Accordingly, Plaintiff hereby stipulates to dismiss her cause of action against Defendant Tesla Motors UT, Inc. with prejudice and without costs.

IT IS HEREBY ORDERED that only Defendant Tesla Motors UT, Inc. is dismissed with prejudice and without costs, interest and attorney fees.

DATED this _____ day of October, 2018.

_____
MAGISTRATE JUDGE

Approved as to form and content:

**MACARTHUR, HEDER & METLER, PLLC**

*/s/ George L. Chingas, Jr. (signed by filing attorney with permission of George L. Chingas, Jr.)*
JEFFREY C. METLER (10137)
GEORGE L. CHINGAS, JR. (8904)
TREVOR F. BERRETT (14506)
*Attorneys for Plaintiff*