HEINZ J. MAHLER - #3832
GARY T. WIGHT - #10994
SMITH D. MONSON - #15455
KIPP AND CHRISTIAN, P.C.
*Attorneys for Defendant Service King Paint & Body, LLC*
*dba Service King Collision Repair*
10 Exchange Place, 4th Floor
Salt Lake City, Utah  84111
Telephone: (801) 521-3773
hjmahler@kippandchristian.com
gwight@kippandchristian.com
smonson@kippandchristian.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HEATHER P. LOMMATZSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a California Corporation; TESLA MOTORS UT, INC., a Utah Corporation; and SERVICE KING PAINT & BODY, LLC, a Texas Limited Liability Company DBA SERVICE KING COLLISION REPAIR,<br><br>Defendants. | Case No. 2:18-cv-00775-PMW<br><br>Magistrate Judge Paul M. Warner<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SERVICE KING PAINT & BODY, LLC, DBA SERVICE KING COLLISION REPAIR** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Service King Paint & Body, LLC, dba Service King Collision Repair hereby discloses that it is wholly owned by SK HoldCo, LLC, a Delaware Limited Liability Company, which is not publicly traded.

DATED this 11th day of October, 2018.

                KIPP AND CHRISTIAN, P.C.

                */s/ Smith D. Monson*

                _____

                HEINZ J. MAHLER
                GARY T. WIGHT
                SMITH D. MONSON
                *Attorneys for Defendant Service King Paint &*
                *Body, LLC dba Service King Collision Repair*

## CERTIFICATE OF SERVICE

On this 11th day of October, 2018, I caused a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT SERVICE KING PAINT & BODY, LLC, DBA SERVICE KING COLLISION REPAIR** to be electronically filed through the Utah State Court and served upon the following:

Jeffery C. Metler
George L. Chingas, Jr.
Trevor F. Berrett
MACARTHUR, HEDER & METLER, PLLC
**jeff@mhmlawoffices.com**
**george@mhmlawoffices.com**
**trevor@mhmlawoffices.com**
*Attorneys for Plaintiff*

Tracy H. Fowler
Kristen J. Overton
SNELL & WILMER L.L.P.
**tfowler@swlaw.com**
*Attorneys for Tesla, Inc.*

Thomas P. Branigan
Matthew G. Berard
BOWMAN AND BROOKE LLP
**tom.branigan@bowmanandbrooke.com**
**matthew.berard@bowmanandbrooke.com**
*Attorneys for Tesla, Inc.*

/s/ Laura S. Evans
_____
Laura S. Evans, Legal Secretary
KIPP AND CHRISTIAN, P.C.