Tracy H. Fowler (1106)
Kristen J. Overton (16537)
SNELL & WILMER L.L.P.
15 West South Temple, Ste. 1200
Salt Lake City, UT 84101
(801) 257-1900 ph / (801) 257-1800 fax
Email: tfowler@swlaw.com

Thomas P. Branigan (*Pro Hac Vice*)
Matthew G. Berard (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
(248) 205-3300 ph / (248) 205-3399 fax
Email: Tom.branigan@bowmanandbrooke.com
Email: Matthew.berard@bowmanandbrooke.com
*Attorneys for Tesla, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| HEATHER P. LOMMATZSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a California Corporation, TESLA MOTORS UT, INC., a Utah Corporation, and SERVICE KING PAINT & BODY, LLC, a Texas Limited Liability Company DBA SERVICE KING COLLISION REPAIR,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br><br>Case No.: 2:18-CV-00775-DN-BCW<br><br>Judge David Nuffer<br>Magistrate Judge Brooke C. Wells |

I hereby certify that a true and correct copy of the foregoing **DEFENDANT TESLA, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES** was served by U.S. mail and email on the

20269490v1

following counsel on the 13th day of December 2018, as well as e-filing of this **CERTIFICATE OF SERVICE** using this Court's CM/ECF system:

| | |
|---|---|
| Jeffery C. Metler (10137) | Heinz J. Mahler - #3832 |
| George L. Chingas, Jr. (8904) | Gary T. Wight - #10994 |
| Trevor F. Berrett (14506) | Smith D. Monson - #15455 |
| MacArthur, Heder & Metler, PLLC | Kipp and Christian, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant Service King Paint |
| 4844 North 300 West, Suite 300 | & Body, LLC dba Service King Collision |
| Provo, UT 84604 | Repair |
| George@mhmlawoffices.com | 10 Exchange Place, 4th Floor |
| trevor@mhmlawoffices.com | Salt Lake City, Utah 84111 |
| | hjmahler@kippandchristian.com |
| | gwight@kippandchristian.com |
| | smonson@kippandchristian.com |

/s/ *Matthew G. Berard*
Thomas P. Branigan (*Pro Hac Vice*)
Matthew G. Berard (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
*Attorneys for Tesla, Inc.*