Tracy H. Fowler (1106)
Kristen J. Overton (16537)
**SNELL & WILMER, LLP**
15 West South Temple, Ste. 1200
Salt Lake City, Utah 84101
Telephone: (801) 257-1900
Fax: (801) 257-1800
tfowler@swlaw.com
koverton@swlaw.com

Thomas P. Branigan *(Pro Hac Vice)*
Matthew G. Berard *(Pro Hac Vice)*
**BOWMAN AND BROOKE, LLP**
41000 Woodward Avenue
Suite 200 East
Bloomfield Hills, MI 48304
Telephone: (248) 205-3300
Fax: (248) 205-3399
Tom.branigan@bowmanandbrooke.com
Matthew.berard@bowmanandbrooke.com

*Attorneys for Tesla, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HEATHER P. LOMMATZSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a California Corporation, TESLA MOTORS UT, INC., a Utah Corporation, and SERVICE KING PAINT & BODY, LLC, a Texas Limited Liability Company DBA SERVICE KING COLLISION REPAIR,<br><br>Defendants. | **JOINT AND STIPULATED MOTION FOR DISMISSAL OF TESLA MOTORS UT, INC. WITH PREJUDICE**<br><br>Case No.: 2:18-CV-00775-PMW<br><br>Judge David Nuffer<br><br>Magistrate Judge Brooke C. Wells |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the agreement between Plaintiff Heather P. Lommatzsch ("**Plaintiff**") and Defendant Tesla, Inc., Defendant Tesla, Inc. will assume the defense and, only in the event of a judgment, indemnify Tesla Motors UT, Inc. with respect to Plaintiff's claims against Tesla Motors UT, Inc. Accordingly, Plaintiff hereby stipulates to dismiss all causes of action against Tesla Motors UT, Inc. with prejudice. Tesla Motors UT, Inc. to bear its own costs and fees.

DATED this 14th day of January 2019.

**SNELL & WILMER, LLP**

*/s/ Tracy H. Fowler*
Tracy H. Fowler
Kristen J. Overton
    and
**BOWMAN AND BROOKE, LLP**
Thomas P. Branigan
Matthew G. Berard
*Attorneys for Defendant Tesla, Inc.*


**MACARTHUR, HEDER & METLER, PLLC**

*/s/ George L. Chingas, Jr.*
George L. Chingas, Jr. (*signed with permission of G. Chingas received by email on 1/9/2019*)
Jeffrey C. Metler
Trevor F. Berrett
*Attorneys for Plaintiff*
    and
**KIPP AND CHRISTIAN, PC**

*/s/ Heinz J. Mahler*
Heinz J. Mahler (*signed with permission of H. Mahler received by email on 1/11/2019*)
Gary T. Wright
Smith D. Monson
*Attorneys for Defendant Service King Paint & Body, LLC dba Service King Collision Repair*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by email on the following counsel on the 14th day of January 2019 and filed using this Court's CM/ECF system:

Jeffery C. Metler
George L. Chingas, Jr.
Trevor F. Berrett
MACARTHUR, HEDER & METLER, PLLC
4844 North 300 West, Suite 300
Provo, Utah 84604

Heinz J. Mahler
Gary T. Wright
Smith D. Monson
KIPP AND CHRISTIAN, PC
10 Exchange Place, Fourth Floor
Salt Lake City, Utah 84111

/s/ Tracy H. Fowler

4820-9829-9269