HEINZ J. MAHLER - #3832
GARY T. WIGHT - #10994
KIPP AND CHRISTIAN, P.C.
*Attorneys for Defendant Service King Paint & Body, LLC*
*dba Service King Collision Repair*
10 Exchange Place, 4th Floor
Salt Lake City, Utah  84111
Telephone: (801) 521-3773
hjmahler@kippandchristian.com
gwight@kippandchristian.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HEATHER P. LOMMATZSCH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA, INC., a California Corporation; and SERVICE KING PAINT & BODY, LLC, a Texas Limited Liability Company DBA SERVICE KING COLLISION REPAIR,<br><br>Defendants. | Case No. 2:18-cv-00775-HCN-CMR<br><br><br>**REQUEST TO SUBMIT FOR DECISION STIPULATED MOTION TO DISMISS DEFENDANT SERVICE KING PAINT & BODY, LLC dba SERVICE KING COLLISION REPAIR WITH PREJUDICE** |

Pursuant to Rule 7(k)(4) of the Federal Rules of Civil Procedure, Defendant Service King Paint & Body, LLC dba Service King Collision Repair, by and through counsel, requests a decision on its Stipulated Motion to Dismiss Defendant Service King Paint & Body, LLC dba Service King Collision Repair.

The following filings relate to this motion:

1. Stipulated Motion to Dismiss Defendant Service King Paint & Body, LLC dba Service King Collision Repair and associated Order, filed on July 18, 2019.

DATED this 29th day of July, 2019.

                                              KIPP AND CHRISTIAN, P.C.

                                              */s/ Heinz J. Mahler*

                                              HEINZ J. MAHLER
                                              GARY T. WIGHT
                                              *Attorneys for Defendant Service King Paint &*
                                              *Body, LLC dba Service King Collision Repair*

## <u>CERTIFICATE OF SERVICE</u>

On this 29th day of July, 2019, I caused a true and correct copy of the foregoing **REQUEST TO SUBMIT FOR DECISION STIPULATED MOTION TO DISMISS DEFENDANT SERVICE KING PAINT & BODY, LLC dba SERVICE KING COLLISION REPAIR WITH PREJUDICE** to be electronically filed through the Utah State Court and served upon the following:

>Jeffery C. Metler
>George L. Chingas, Jr.
>Trevor F. Berrett
>MACARTHUR, HEDER & METLER, PLLC
>**jeff@mhmlawoffices.com**
>**george@mhmlawoffices.com**
>**trevor@mhmlawoffices.com**
>*Attorneys for Plaintiff*
>
>Kamie F. Brown
>Blake M. Biddulph
>RAY QUINNEY & NEBEKER, PC
>**kbrown@rqn.com**
>**bbiddulph@rqn.com**
>*Attorneys for Tesla, Inc.*
>
>Thomas P. Branigan
>Matthew G. Berard
>BOWMAN AND BROOKE LLP
>**tom.branigan@bowmanandbrooke.com**
>**matthew.berard@bowmanandbrooke.com**
>*Attorneys for Tesla, Inc.*

>>*/s/ Laura S. Evans*
>>_____
>>Laura S. Evans, Legal Secretary
>>KIPP AND CHRISTIAN, P.C.